### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER SUAREZ-PEREZ,<br><br>Defendant. | CASE NO.  8:04CR380<br><br><br><br>JUDGMENT |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED:

1. The Court has completed initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 33); and

2. The Court summarily dismisses the § 2255 motion.

DATED this 13th day of June, 2005.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge