IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR380** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **JAVIER SUAREZ-PEREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED:

1. The Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Filing No. 37) is denied; and

2. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 16th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge